544

rior Court in and for the County of Suffolk, Massachusetts, granted. *Mr. Henry Lawlor* for petitioner. *Mr. John L. Hall* for respondent.

No. 459. H. ROUW CO. *v.* CRIVELLA. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. William L. Curtis* for petitioner. *Messrs. Harry P. Daily* and *John P. Woods* for respondent. By special leave of Court, *Solicitor General Jackson* and *Mr. Mastin G. White* filed a memorandum on behalf of the United States, as *amicus curiae,* in support of the petition.

No. 462. GERMANTOWN TRUST CO., TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Shippen Lewis* and *Paul F. Myers* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for respondent.

No. 460. NATIONAL LABOR RELATIONS BOARD *v.* FALK CORPORATION. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioner. *Mr. Leon B. Lamfrom* for respondent. *Mr. Giles F. Clark* for Independent Union of Falk Employees, intervener.

No. 479. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BRUUN. November 22, 1939. Petition for